IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:06cr26-SPM

LARRY KIRKLAND,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the Government's unopposed Motion to Continue Sentencing Hearing (doc. 20) is granted. Sentencing is reset for 1:30 p.m. on September 25, 2006.

DONE AND ORDERED this 11th day of July, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge